IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ALPHONSO JAMES, SR.,

       Appellant,

v.

FL DEPARTMENT OF
CORRECTIONS,

       Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED.

CASE NO. 1D16-0355

Opinion filed September 7, 2016.

An appeal from the Circuit Court for Leon County.
Charles W. Dodson, Judge.

Alphonso James, Sr., pro se, Appellant.

Kenneth S. Steely, General Counsel, Sheron Wells and Barbara Debelius, Assistant
General Counsels, Department of Corrections, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

B.L. THOMAS, WETHERELL, and WINSOR, JJ., CONCUR.